IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUWAYNE CAREY, ) | |
| ) | Civil Action No. 05 - 1695 |
| Plaintiff, ) | |
| ) | Judge Terrence F. McVerry / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| SUPERINTENDENT BARRY JOHNSON; ) | Doc. No. 12 |
| SUSAN MYERS, *CHCH*; MATTHEW ) | |
| MORROW, *EMPLOYMENT COORDINATOR*; ) | |
| MARK HAMMER, *P.A.*; DR. JAMIL AHMED; ) | |
| and DR. DURRE AHMED, ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff, Duwayne Carey, a prisoner at S.C.I. Pine Grove, has submitted what is entitled a "Request for Motion to Have His Medical Records To Be Transferred to Dr. Frank E. Sessoms, M.D." In support of his motion he attaches a letter to him from Dr. Sessoms at the West Penn Allegheny Health System. He also attaches documentation indicating that what appears to be the medical records department at the Department of Corrections institution where he is housed has denied his request to send a copy of his records to Dr. Sessoms for further evaluation. Therefore,

**IT IS ORDERED**, this 2nd day of March, 2006, that no later than March 31, 2006, the Defendants are to either treat this request as an authorization for the release of Plaintiff's medical records and make reasonable arrangements to send a copy of those records to Dr. Sessoms, or, in the alternative, file a response to this motion indicating why that cannot be done.

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Local Rule 72.1.3 B. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
U.S. Magistrate Judge


cc: Duwayne Carey
 FK-1088
 S.C.I. Pine Grove
 191 Fyock Road
 Indiana, PA 15701

 Elizabeth M. Yanelli
 Pietragallo, Bosick & Gordon
 One Oxford Centre
 38th Floor
 Pittsburgh, PA 15219