IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUWAYNE CAREY, ) | |
| ) | Civil Action No. 05 - 1695 |
| Plaintiff, ) | |
| ) | Judge Terrence F. McVerry / |
| v. ) | Magistrate Judge Lisa Pupo Lenihan |
| ) | |
| SUPERINTENDENT BARRY JOHNSON; ) | |
| SUSAN MYERS, *CHCH*; MATTHEW ) | |
| MORROW, *EMPLOYMENT COORDINATOR*; ) | |
| MARK HAMMER, *P.A.*; DR. JAMIL AHMED; ) | |
| and DR. DURRE AHMED, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Plaintiff filed an untitled motion, which this Court will interpret as a Motion to Amend (Doc. No. 33) on May 2, 2006. While the motion outlines an ordeal that involves scheduled medical procedures and transfers between facilities, Plaintiff fails to state why he wishes to amend his complaint. Therefore,

IT IS ORDERED this 9th day of May, 2006, that Plaintiff's Motion to Amend (Doc. No. 33) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff may re-file his motion to amend complaint, along with a copy of the proposed amended complaint, no later than **May 26, 2006.**

**IT IS FURTHER ORDERED** that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates.

Failure to appeal within ten (10) days shall constitute waiver of the right to appeal.

Lisa Pupo Lenihan
United States Magistrate Judge

cc:     Duwayne Carey
        FK-1088
        S.C.I. Pine Grove
        191 Fyock Road
        Indiana, PA 15701

        Scott A. Bradley
        Office of the Attorney General
        564 Forbes Avenue
        6th Floor, Manor Complex
        Pittsburgh, PA 15219

        Elizabeth M. Yanelli
        Pietragallo, Bosick & Gordon
        One Oxford Centre
        38th Floor
        Pittsburgh, PA 15219